UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-------------------------------------------------------------------x
FRANCISCO JIMENEZ AND MARISOL                            08CIV2242
JIMENEZ,
        Plaintiffs,
    - against-

160 WATER ST., INC., 160 WATER STREET
ASSOCIATES, ALAN KASMAN DBA KASCO,
ANN TAYLOR STORES CORPORATION,
BATTERY PARK CITY AUTHORITY,
BL ACIMON-MOORING-STE AMATIC
CATASTOPHE, INC. D/B/A BMS CAT,
BROOIFIELD FINANCIAL PROPERTIES, INC.,
BROOIFIELD FINANCIALPROPERTIES, LP,
BROOIFIELD PARTNERS, LP, BROOKFIELD
PROPER-TIES CORPORATION, BROOKFIELD
PROPEI^TIES HOLDINGS INC., ENVIROTECH
CLEAN AIR, INC., G.L.O. MANAGEMENT,
INC., GPS ENVIRONMENTAL CONSULTANTS,
INC., HLLMAN ENVIRONMENTAL GROUP,
LLC, INDOOR ENVIRONMENTAL
TECHIMOLOGY, INC., KASCO RESTORATION
SERVICES CO., MERRILL LYNCH & CO, INC.,
NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL,
INC., PACE UNIVERSITY, STRUCTURE TONE
(UK), INC., STRUCTURE TONE GLOBAL
SERVICES, INC., TOSCORP INC.,VERIZON
NEW YORK, INC, WESTON SOLUTIONS, INC.,
WFP TOWER B CO. G.P. CORP., WFP TOWER
B HOLDING CO., LP, WFP TOWER B. CO., L.P.,
WFP TOWER D CO. G.P. CORP., WFP TOWER
D HOLDING CO. I L.P., WFP TOWER D
HOLDING CO. II L.P., WFP TOWER D
HOLDING I G.P. CORP., AND WFP TOWER D.
CO., L.P., ET AL
                        Defendants.
-------------------------------------------------------------------x
    **ENVIROTECH CLEAN AIR'S ANSWER TO COMPLAINT BY ADOPTION**

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       May 23, 2008

Yours, etc.

FRIEDMAN, HARFENIST, LANGER & KRAUT
Attorneys for Defendant –Envirotech
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
(516) 775-5800

BY: _____
    Heather L. Smar (4622)