UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER           :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION       :
:
:
:
:
:
-------------------------------------------------------------------X
FRANCISCO JIMENEZ (AND WIFE, MARISOL     :   08-CV-002242-AKH
JIMENEZ),                                :
:
                            Plaintiffs,  :   **APPEARANCE**
:
    - against -                          :   **ELECTRONICALLY FILED**
:
160 WATER ST., INC., *et al.*,           :
:
                            Defendants.  :
-------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York                DICKSTEIN SHAPIRO LLP
        June 26, 2008

                             By:    /s/ Judith R. Cohen
                                    _____
                                    Judith R. Cohen (JC-8614)
                                    1177 Avenue of the Americas
                                    New York, New York 10036
                                    Phone: (212) 277-6500
                                    Fax: (212) 277-6501

                                    *Attorney for Defendant*
                                    MERRILL LYNCH & CO., INC.


DOCSNY-314124