Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
PACE UNIVERSITY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X    21 MC 102 (AKH)

FRANCISCO JIMENEZ (AND WIFE,                    Index No.:  08-CV-2242
MARISOL JIMENEZ)
                                                **NOTICE OF ADOPTION OF ANSWER**
                          Plaintiff(s),         **TO MASTER COMPLAINT**

        -against-                               **ELECTRONICALLY FILED**

160 WATER ST., INC., *et al.*,

                          Defendant(s).
------------------------------------------------------X

        PLEASE TAKE NOTICE that Defendant, PACE UNIVERSITY, by its attorneys,

McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the

Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the

above-referenced action, hereby adopts its Answer to Master Complaint dated August 1, 2007,

which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site

Litigation*, 21 MC 102 (AKH).

        WHEREFORE, the defendant, PACE UNIVERSITY, demands judgment dismissing the

above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court

deems just and proper.

Dated: New York, New York
        July 8, 2008

                                    Yours etc.,

                                    McGIVNEY & KLUGER, P.C.
                                    Attorneys for Defendant
                                    PACE UNIVERSITY


                                    By:
                                        Richard E. Leff (RL-2123)
                                        80 Broad Street, 23rd Floor
                                        New York, New York 10004
                                        (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
       Plaintiffs Liaison
       In Re Lower Manhattan Disaster Site
       Litigation
       115 Broadway, 12th Floor
       New York, New York 10006
       (212) 267-3700

       All Defense Counsel